**BICKERTON LAW GROUP, LLLP**

A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| JAMES J. BICKERTON | 3085 |
| JAMES C. GLENN | 10694 |

745 Fort Street, Suite 801
Honolulu, Hawai'i 96813
Telephone: (808) 599-3811
Facsimile: (808) 694-3090
Email: bickerton@bsds.com; glenn@bsds.com

Attorneys for Plaintiffs
DAVID MULLEN AND SHEILA MULLEN
as Guardian and Conservators of NOAH MULLEN

**Electronically Filed
THIRD CIRCUIT
3CCV-25-0000199
08-MAY-2025
03:15 PM
Dkt. 1 CMPS**

## IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

## STATE OF HAWAI'I

| | |
|---|---|
| DAVID MULLEN AND SHEILA MULLEN as Guardians and Conservators of NOAH MULLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS COMPANIES, INC., THE TRAVELERS INDEMNITY COMPANY, and DOE BUSINESS ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. _____<br>(Declaratory Judgment)<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT; SUMMONS** |

**COMPLAINT FOR DECLARATORY JUDGMENT**

    Plaintiffs David Mullen and Sheila Mullen as Guardians and Conservators of Noah Mullen, by and through their attorneys, Bickerton Law Group, LLLP, as and for his claims for relief against the above-named Defendants, allege and aver as follows:

    1.    This is an action pursuant to Chapter 632 of the Hawai'i Revised Statutes to determine the rights and obligations of the parties hereto regarding insurance coverage which may be applicable in the circumstances more particularly set forth herein.

EXHIBIT A

2. At all times relevant herein, Noah Mullen was and is a resident of the County of Hawaiʻi, State of Hawaiʻi and the County of Henry, State of Georgia.

3. At all times relevant herein, Plaintiff David Mullen ("Mr. Mullen") was a resident of the County of Henry, State of Georgia. David Mullen is the natural father, co-guardian, and co-conservator of Noah Mullen.

4. At all times relevant herein, Plaintiff Sheila Mullen ("Mrs. Mullen") was a resident of the County of Henry, State of Georgia. Sheila Mullen is the natural mother, co-guardian, and co-conservator of Noah Mullen.

5. Plaintiffs David Mullen, Sheila Mullen, and Noah Mullen are hereinafter sometimes collectively referred to as "Plaintiffs."

6. Upon information and belief, at all times relevant herein, Defendant The Travelers Companies, Inc. was and is the parent company of Defendant The Travelers Indemnity Company, *inter alia*, and was and is a for-profit corporation incorporated in the State of Minnesota with its principal place of business in the State of New York.

7. Upon information and belief, at all times relevant herein, Defendant The Travelers Indemnity Company was and is a subsidiary of Defendant The Travelers Companies, Inc., was and is in the business of providing automobile insurance, *inter alia*, and was and is a for-profit corporation incorporated in the State of Connecticut with its principal place of business in the State of Connecticut.

8. Defendant Doe Business Entities 1-10 are named under fictitious names for the reason that their true names and identities are presently unknown to Plaintiffs, except that they are connected in some manner to Defendants and are agents, servants, employees, employers, representatives, co-workers, co-venturers, associates, or independent contractors of Defendants,

EXHIBIT A

and/or were in some manner responsible for the provision of automobile insurance to Plaintiffs. Plaintiffs have been unable to identify said Doe Defendants despite due diligence which included client interviews, reviewing incident records, and reviewing internet records. Plaintiffs pray for leave to certify their true names, identities, capacities, activities, and/or responsibilities when the same are ascertained.

9. Defendants The Travelers Companies, Inc., The Travelers Indemnity Company, and Doe Business Entities 1-10 are herein collectively referred to as "Defendants" or "Travelers."

10. On May 13, 2023, Noah Mullen was a pedestrian struck by a motor vehicle operated by Alec Timpson in Captain Cook, Hawaiʻi ("subject motor vehicle collision"). As a result of the subject motor vehicle collision, Noah Mullen suffered significant personal injuries and damages.

11. Neither Alec Timpson nor the vehicle which he operated were covered by any automobile insurance at the time of the subject motor vehicle collision.

12. On May 13, 2023, David Mullen and Sheila Mullen owned two automobiles which were insured by Travelers through policy number 610696908-633, which policy was in full force and effect on May 13, 2023.

13. Travelers issued $5,000 for payment of Noah Mullen's collision-caused medical expenses and $100,000 for payment of Noah Mullen's uninsured motorist claim.

14. Hawaiʻi law provides for personal injury protection benefits of at least $10,000.

15. Hawaiʻi law provides for stacking of uninsured motorist benefits where no legally sufficient written rejection of the stacking option was obtained by the insurer.

16. It is well established that Hawaiʻi law applies to insurance coverage issues arising from motor vehicle collisions which occur in Hawaiʻi, whether the automobile insurance policy was issued within Hawaiʻi or elsewhere.

EXHIBIT A

17. An actual dispute and controversy, therefore, has arisen between the parties regarding the extent of coverage available to Noah Mullen under the Travelers automobile insurance policy for claims and damages arising from the May 13, 2023 motor vehicle collision.

WHEREFORE, Plaintiffs pray that declaratory judgment be extended herein as follows:

A. That the Court declare that Hawaiʻi law applies to the Travelers automobile policy, policy number 610696908-633, such that the policy shall provide personal injury protection benefits in the amount of $10,000 and stacked uninsured motorist coverage in the amount of $200,000.

B. Award Plaintiffs' attorney's fees, costs, interest, and such further relief as the Court deems just and equitable under the circumstances of the case.

DATED: Honolulu, Hawaiʻi, May 8, 2025.

/s/ James C. Glenn
JAMES J. BICKERTON
JAMES C. GLENN
Attorneys for Plaintiffs

EXHIBIT A

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>THIRD CIRCUIT | SUMMONS<br>TO ANSWER CIVIL COMPLAINT | CASE NUMBER |
|---|---|---|
| **PLAINTIFF**<br>DAVID MULLEN and SHEILA MULLEN as Guardians and Conservators of NOAH MULLEN | VS. | **DEFENDANT(S)**<br>THE TRAVELERS COMPANIES, INC., THE TRAVELERS INDEMNITY COMPANY, and DOE BUSINESS ENTITIES 1-10. |

**PLAINTIFF'S NAME & ADDRESS, TEL. NO.**

DAVID MULLEN and SHEILA MULLEN as Guardians and Conservators of NOAH MULLEN
c/o Bickerton Law Group LLLP
James J. Bickerton, Esq.; James C. Glenn, Esq.
745 Fort Street, Suite 801, Honolulu, HI 96813
Phone: (808) 599-3811; Fax: (808) 694-3090

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to file with the court and serve upon

James J. Bickerton, Esq.; James C. Glenn, Esq.
745 Fort Street, Suite 801, Honolulu, HI 96813
_____ ,

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http:/www.courts.state.hi.us

Effective Date of 28-Oct-2019
Signed by: /s/ Cheryl Salmo
Clerk, 3rd Circuit, State of Hawai'i





In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on HAWAII- Phone No. 808-961-7424, TTY 808-961-7422, FAX 808-961-7411, at least ten (10) working days prior to your hearing or appointment date.

Form 1C-P-787 (3CCT) (10/19)
Summons to Complaint       RG-AC-508 (10/19)

EXHIBIT A